IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TERRY DEWAYNE GIDEON,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-4173

Opinion filed July 21, 2014.

An appeal from the Circuit Court for Escambia County.
J. Scott Duncan, Judge.

Nancy A. Daniels, Public Defender, and Megan Long, Assistant Public Defender,
Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Samuel B. Steinberg and Jay Kubica,
Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

      Terry Dewayne Gideon challenges his designation as a Prison Releasee

Reoffender (PRR) and the resulting mandatory minimum sentence.  We reject

Gideon's argument that eligibility for PRR sentencing is a fact which must be submitted to the jury.  See Williams v. State, --- So. 3d ---, 39 Fla. L. Weekly D1336 (Fla. 1st DCA June 25, 2014), and Lopez v. State, 135 So. 3d 539 (Fla. 2d DCA 2014).  As for the argument that eligibility for PRR sentencing is an element which must be alleged in the charging document, we find this argument to be without merit.  See Almendarez-Torres v. United States, 523 U.S. 224, 118 S. Ct. 1219, 140 L. Ed. 2d 350 (1998).

AFFIRMED.

VAN NORTWICK, PADOVANO, and MARSTILLER, JJ., CONCUR.